# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

128860

PIONEER STATE MUTUAL INSURANCE
COMPANY,
      Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
      Defendant,

and

MORAN OLDSMOBILE-CADILLAC-GMC
TRUCK, INC.,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128860
COA: 249713
St. Clair CC: 01-003434

On order of the Court, the application for leave to appeal the April 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522